FILED

09/13/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 21-0462



FILED

SEP 13 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana



# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 21-0462

WESLEY J. BARTEL,

       Appellant,

  v.

JIM SALMONSEN,
Warden, Montana State Prison, Deer Lodge,

       Appellee.

GRANT OF MOTION TO
PROCEED WITHOUT
PAYMENT OF FILING FEE

     Motion to proceed without payment of the filing fee in this matter is
**GRANTED.**

     DATED:   September 13th, 2021

BOWEN GREENWOOD
Clerk of the Supreme Court